# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



Prince A. Price
   Plaintiff

Vs.                                  Civil Action # 2:23-cv-00784

Donald F. Ames
William K. Marshals
W.V. Divisions Correction Rehabilitation


## COMPLAINT

#1 Previous Lawsuits
   A. yes

#2 B I have filed a law suit in this court against the jail and DCR for inhuman living conditions. The parties in this complaint are Ronnie Thompson (superintendent) of the jail and William K. Marshals (commissioner) of DCR and the courts in which it was filed is the Souther District OF W.Va. and the case #: 2:23-CV-00693. The Judge assigned to this case is the Chief Judge Mr. Thomas E. Johnston and this case is still pending. The date of filing was ~~Oct Octn~~ 23 10/19/23 Case still pending.

3. The present place of my confinement is Mount Olive Correctional Complex.

4. I have filed grievance after grievance and no responses. I believe our mail out and in-stitutional mail is being thrown in the trash.

5. Name of Plaintiff: Prince A. Price my add. is: #1 Mountainside Way, Mt. Olive W.V. 25185

6. Defendents: (Superintendent) Donald F. Ames #1 Mountainside Way, Mt. Olive W.V. 25185
#2 Defendent: (Commissioner) William K. Marshalls Divisions OF Corrections

7. Statement of Claim: please see attatched papers (yellow papers)

8. Relief: #1 I would ask this court to send me to another facility. #2 Demand the DCR to fix the mail situation, law library situation, relig-ious services, showers, recreation for inmates in "receiving units", as well as make them abide by the policy directives of W.V. and W.V. codes and federal codes or standards. #3 I would ask this honorable court to award me monatary damges in the amount of 1,000,000 dollars or whatever the court feel is appropriate.

Statement OF Claim

'7

The DOC and Regional Jails have created a mail system where inmates have to receive their mail through a eletronical system. Our family and friends have to mail our letters to a place somewhere in Mar--aland, where it's then scanned and processed electronicaly onto our acc--ounts, where we can only read it on tablets. Since being here at Mt. Olive on receiving and or classification, I as well as other inmates have filed grie--vance after grievance requesting a tablet, but we are being told we cant have them on classification. Were also being told they dont have enough to go around and some people are getting them and some are'nt. This is a 30 day "or better", 23 hr. lock-down unit where we go to the rec yard at 1:00am and this is the only time we can use the phone and it's mostly at odd ours causing us not to be able to communi--cate with family, friends, lawyers ect... We are basically being discriminated against and our mail is being withheld where we dont have access to it and

some people are being given tablets on this same unit and some are'nt, even inmates on other units like administrative seg. and punitive seg. are being given tablets. This is (cruel and unusual punishment) and discrimination. Also we are being denied religious services. I have file grievances to the (superintendent) Mr. Ames, the (commissioner) Mr. Marshals and were not getting any response. Furthermore we inmates on classification are being locked down for (23) hrs. a day and some times (24). We are not punitive inmates and we should be afforded the same rights and privileges as the general population. We only get to shower every (3) days and if we go to rec and exercise we dont get to shower and we have to lay in our beds dirty and stinking for 3 days until were permitted to shower. Again (cruel and unusual punishment) (inhumane living conditions) as well as (discrimination). We are also being denied proper access to the law library and courts which is why I'm using paper to file this. I sent multiple law library request forms but I'm receiving nothing back

9 Councel: I'm representing myself and I dont have money to retain an attorney nor do I have anyway of contacting one. If this honorable court might appoint me one it would be of great help and as I've explained I cant get to a phone at a proper hour to make calls.

Signed this Nov. 25, 2023

Plaintiff: Prince Price

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 25, 2023

Plaintiff: P. Price